1  EDMUND G. BROWN JR.
Attorney General of California
2  JAY C. RUSSELL
Supervising Deputy Attorney General
3  MICHAEL J. QUINN
Deputy Attorney General
4  State Bar No. 209542
  455 Golden Gate Avenue, Suite 11000
5  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5726
6  Fax:  (415) 703-5843
  E-mail:  Michael.Quinn@doj.ca.gov
7  *Attorneys for Defendant Lawrence*

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN FRANCISCO DIVISION

11

12

13  **BERNARD JACKSON,**                    C 08-5207 VRW (PR)

14                              Plaintiff,  ~~[PROPOSED]~~ **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF BERNARD JACKSON, CDCR No. D-91835**

15                       v.

16  **BEN CURRY, et al.,**

17                              Defendants.

18

19

20      Plaintiff, **BERNARD JACKSON, CDCR No. D-91835**, a necessary and material witness in

21  proceedings in this case **beginning on July 6, 2010, at 1:00 p.m.**, is confined at the Correctional

22  Training Facility in the custody of Warden Randy Grounds.  In order to secure this inmate's

23  attendance at the settlement conference scheduled for July 6, 2010 at California State Prison,

24  Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the

25  custodian of Bernard Jackson, CDCR No. D-91835, to produce said inmate at **California State**

26  **Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor**

27  **Vadas presiding, beginning on July 6, 2010, at 1:00 p.m.**

28      **ACCORDINGLY, IT IS ORDERED that:**

1

1       1.      A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court,

2   commanding the Warden of the Correctional Training Facility and the California Department of

3   Corrections and Rehabilitation to produce inmate **BERNARD JACKSON, CDCR No. D-91835**,

4   for a settlement conference at California State Prison, Solano, at the time and place above, until

5   completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to

6   the Correctional Training Facility.

7       2.      The custodian is ordered to notify the Court of any change in custody of this inmate and

8   is ordered to provide the new custodian with a copy of this writ.

9   **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

10      To:  The Warden of the Correctional Training Facility,

11      **YOU ARE COMMANDED** to produce inmate **BERNARD JACKSON, CDCR No. D-**

12  **91835**, for a settlement conference at California State Prison, Solano at the time and place above,

13  until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate

14  to the Correctional Training Facility.

15      **FURTHER**, you have been ordered to notify the Court of any change in custody of this

16  inmate and to provide the new custodian with a copy of this writ.

17      **IT IS SO ORDERED.**

18

19  Dated:    June 8, 2010

20            _____        The Honorable Nandor Vadas
                                                  United States Magistrate Judge

21

22

23  SF2009404147
    20284680.doc

24

IT IS SO ORDERED

Judge Nandor J. Vadas

25

26

27

28

2

[Proposed] Order & Writ of Habeas Corpus ad Testificandum to Transport Inmate (C 08-5207 VRW (PR))