IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BERNARD R JACKSON,                       No C-08-5207 VRW (PR)

       Plaintiff,

    v                             ORDER APPOINTING COUNSEL

BEN CURRY, WARDEN, et al,

       Defendant(s).
_____/

The plaintiff having requested and being in need of counsel to assist him in this matter, and a volunteer attorney willing to be appointed to represent plaintiff having been located by the Court, IT IS HEREBY ORDERED THAT: <u>**WILLIAM N HEBERT, CALVO & CLARK LLP**</u>, is appointed as counsel for plaintiff in this matter pursuant to 28 USC § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

The clerk is directed to close the file.

IT IS SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Jackson-5207-order appointing counsel.wpd