**United States District Court**
**For the Northern District of California**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD R JACKSON, | No C-08-5207 VRW (PR) |
| Plaintiff, | |
| v | AMENDED ORDER APPOINTING COUNSEL |
| BEN CURRY, WARDEN, et al, | |
| Defendant(s). | |

The plaintiff having requested and being in need of counsel to assist him in this matter, and a volunteer attorney willing to be appointed to represent plaintiff having been located by the Court, IT IS HEREBY ORDERED THAT: <u>WILLIAM N HEBERT, CALVO & CLARK LLP</u>, is appointed as counsel for plaintiff in this matter pursuant to 28 USC § 1915(e)(1) and the Court's Federal Pro Bono Project guidelines.

The clerk is directed to reopen the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

C:\temp\notes56FD74\Jackson-5207-amended order appointing counsel.wpd