WILLIAM N. HEBERT (SBN 136099)
whebert@calvofisher.com
MAYA J. SINCLAIR (SBN 209081)
msinclair@calvofisher.com
CALVO FISHER & JACOB LLP
One Lombard Street, Second Floor
San Francisco, CA  94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Attorneys for Plaintiff
BERNARD R. JACKSON

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD R. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BEN CURRY, WARDEN, et al.<br><br>    Defendants. | Case No. 08-05207 VRW (PR)<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT PLAINTIFF BERNARD JACKSON, CDCR No. D-91835** |

The Court hereby **VACATES** its December 27, 2011 WRIT OF HABEAS CORPUS AD TESTIFICANDUM issued to The Warden of the Correctional Training Facility regarding the transport of Bernard Jackson, CDCR No. D-91835.

**IT IS SO ORDERED.**

DATED: January 26, 2011 _____
The Honorable Nandor Vadas
United States Magistrate Judge

1

*ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE*
*Case No. 08-05207 VRW (PR)*
2011-01-25 Order Vacating Writ of Habeas Corpus