Nancy E. Hudgins, SBN. 85222
Matthew M. Grigg, SBN. 195951
LAW OFFICES OF NANCY E. HUDGINS
565 Commercial Street, 4th Floor
San Francisco, CA 94111
415-979-0100
415-979-0747 (fax)
mmg@hudginslaw.com

Attorneys for Defendant M. Lawrence

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD R. JACKSON ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BEN CURRY, WARDEN, et al. ) <br> ) <br> Defendants. ) <br> _____/ | Case No: 08-05207 VRW (PR) <br><br> **STIPULATION AND PROPOSED ORDER CONTINUING SETTLEMENT CONFERENCE** |

**Stipulation**

A settlement conference currently is set for February 2, 2011. Having discussed the issue at length, the parties hereby stipulate and request that the settlement conference be continued to March 23, 2011 because proceeding now would be an inefficient use of the Court's time.

Defendant has no intent upon settling the claim at this time and wishes to proceed to file a motion for summary judgment. Plaintiff has agreed to continue the settlement conference for a limited amount of time within which defendant can file their motion. Assuming the motion is filed and a hearing is set, the parties will notify the Court and potentially vacate the mediation until such time as a decision is issued. If defendant does not file the motion the parties agree to proceed with mediation, thus the request for an extension.

The parties, through their attorneys, request that the settlement conference be continued to March 23, 2011.

| | | |
|---|---|---|
| 1 | Dated: January 24, 2011 | LAW OFFICES OF NANCY E. HUDGINS |
| 2 | | /s/ *Matthew M. Grigg* |
| | | Matthew M. Grigg |
| 3 | | Attorneys for Defendant M. Lawrence |
| 4 | Dated: January 25, 2011 | CALVO & CLARK |
| | | /s/ *Maya Sinclair* |
| 5 | | Maya Sinclair |
| 6 | | Attorneys for Plaintiff Bernard Jackson |

### Order

Pursuant to the parties' stipulation, the February 2, 2011 settlement conference is hereby continued to March 23, 2011.  The status conference scheduled for January 26, 2011 is hereby vacated.

IT IS SO ORDERED:

January 26, 2011

Nandor J. Vadas
United States Magistrate Judge