WILLIAM N. HEBERT (SBN 136099)
whebert@calvoclark.com
MAYA J. SINCLAIR (SBN 209081)
msinclair@calvoclark.com
CALVO & CLARK LLP
One Lombard Street, Second Floor
San Francisco, CA 94111
Telephone: (415) 374-8370
Facsimile: (415) 374-8373

Attorneys for Plaintiff
BERNARD R. JACKSON

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD R. JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>BEN CURRY, WARDEN, et al.<br><br>    Defendants. | Case No. 08-05207 VRW (PR)<br><br>**ORDER AND WRIT OF ~~HABEAS CORPUS~~ AD TESTIFICANDUM TO TRANSPORT PLAINTIFF BERNARD JACKSON, CDCR No. D-91835** |

**Plaintiff, BERNARD JACKSON, CDCR No. D-91835**, a necessary and material witness in proceedings in this case **beginning on March 23, 2011 at 9:00 a.m.**, is confined at the Correctional Training Facility in the custody of Warden Randy Grounds. In order to secure this inmate's attendance at the settlement conference scheduled for March 23, 2011 at California State Prison, Solano, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue commanding the custodian of **Bernard Jackson, CDCR No. D-91835, to produce said inmate at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95687, the Honorable Nandor Vadas presiding, beginning on March 23, 2011 at 9:00 a.m.**

**ACCORDINGLY, IT IS ORDERED that:**

1

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden of the Correctional Training Facility and the California Department of Corrections and Rehabilitation to produce inmate **BERNARD JACKSON, CDCR No. D-91835**, for a settlement conference at California State Prison, Solano, at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the Correctional Training Facility.

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

To: The Warden of the Correctional Training Facility:

**YOU ARE COMMANDED** to produce inmate **BERNARD JACKSON, CDCR No. D-91835,** for a settlement conference at California State Prison, Solano at the time and place above, until completion of the proceedings or as ordered by the Court, and thereafter to return the inmate to the Correctional Training Facility.

**FURTHER**, you have been ordered to notify the Court of any change in custody of this inmate and to provide the new custodian with a copy of this writ.

**IT IS SO ORDERED.**

DATED: 1/27/11  _____
Nandor Vadas
Magistrate Judge



2

[PROPOSED] *ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE*
Case No. 08-05207 VRW (PR)

922847