**United States District Court**
For the Northern District of California

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6                    NORTHERN DISTRICT OF CALIFORNIA
7                         EUREKA DIVISION
8
9    BERNARD JACKSON,                    No. C 08-5207 JW (NJV)
10             Plaintiff,                ORDER VACATING WRIT OF HABEAS
                                         CORPUS AD TESTIFICANDUM
11                                       (Docket No. 57)
12        v.
13   BEN CURRY, et al.,
14             Defendants.
15   _____/
16
17        The settlement conference in this matter has been vacated by order of District Judge James Ware.
18   (Docket No. 62.) Accordingly, the writ of habeas corpus ad testificandum issued in this case on January
19   27, 2010, for the  production of the inmate plaintiff at Solano State Prison is HEREBY VACATED.
20
21   IT IS SO ORDERED.
22
23   Dated:  March 17, 2011
24                                       _____
                                         NANDOR J. VADAS
25                                       United States Magistrate Judge
26
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California