IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Bernard R. Jackson, | NO. CV 08-05207 JW |
| Plaintiff, | **ORDER REQUIRING STATUS REPORT** |
| v. | |
| Ben Curry, Warden, et al., | |
| Defendants. | |

On March 2, 2011, the above-captioned matter was reassigned from Judge Vaughn Walker to Chief Judge Ware. (Docket Item No. 58.) Upon review of the docket, it appears that no activity has taken place in this matter since March 17, 2011, when a settlement conference before Magistrate Judge Vadas was vacated. (See Docket Item No. 62.)

Accordingly, the Court finds good cause to require a Status Report at this time. On or before **April 13, 2012**, the parties shall file a Status Report to inform the Court as to the status of this case and a proposed schedule on how this case should proceed.

Further, on March 15, 2012, Plaintiff filed a letter with the Court stating that it "has been sometime [sic] since [he has] been updated" on this case and requesting that the Court "update" him. (See Docket Item No. 64.) However, insofar as Plaintiff is represented by counsel, the Court finds that this request is appropriately directed to Plaintiff's counsel, rather than the Court.

Dated: March 29, 2012

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

William N. Hebert whebert@calvofisher.com
Maya J. Sinclair msinclair@calvofisher.com
Matthew M. Grigg mmg@hudginslaw.com

**Dated: March 29, 2012**          **Richard W. Wieking, Clerk**

                                                **By:   /s/ JW Chambers**
                                                       **Susan Imbriani**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California