**United States District Court**
For the Northern District of California

1

2

3

4

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7                       SAN FRANCISCO DIVISION

8    Bernard R. Jackson,                           NO. CV 08-05207 JW

9              Plaintiff,                      **ORDER REQUIRING STATUS REPORT**
         v.
10
     Ben Curry, Warden, et al.,
11
              Defendants.
12   _____/

13        On March 2, 2011, the above-captioned matter was reassigned from Judge Vaughn Walker to

14   Chief Judge Ware.  (Docket Item No. 58.)  Upon review of the docket, it appears that no activity has

15   taken place in this matter since March 17, 2011, when a settlement conference before Magistrate

16   Judge Vadas was vacated.  (See Docket Item No. 62.)

17        Accordingly, the Court finds good cause to require a Status Report at this time.  On or before

18   **April 13, 2012**, the parties shall file a Status Report to inform the Court as to the status of this case

19   and a proposed schedule on how this case should proceed.

20        Further, on March 15, 2012, Plaintiff filed a letter with the Court stating that it "has been

21   sometime [sic] since [he has] been updated" on this case and requesting that the Court "update" him.

22   (See Docket Item No. 64.)  However, insofar as Plaintiff is represented by counsel, the Court finds

23   that this request is appropriately directed to Plaintiff's counsel, rather than the Court.

24

25   Dated:  March 29, 2012                    _____

26                                             JAMES WARE
                                               United States District Chief Judge
27

28

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   William N. Hebert whebert@calvofisher.com
    Maya J. Sinclair msinclair@calvofisher.com
3   Matthew M. Grigg mmg@hudginslaw.com

4
    **Dated:  March 29, 2012**                                **Richard W. Wieking, Clerk**
5

6                                                              **By:     /s/ JW Chambers**
                                                                      **Susan Imbriani**
7                                                                      **Courtroom Deputy**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28