UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD R. JACKSON | Case No: 08-05207 SI (PR) |
| Plaintiff, | **[**~~PROPOSED~~**] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SUMMARY JUDGMENT HEARING AND BRIEFING SCHEDULE** |
| v. | |
| BEN CURRY, WARDEN, et al., | |
| Defendants. | |

Pursuant to the parties' stipulation:

- The case management conference and hearing on Defendant's summary judgment motion (both currently set for July 26, 2013) are hereby continued to Friday, September 6, 2013 at 9:00 a.m.

- Plaintiff's opposition to the summary judgment motion shall be filed no later than August 19, 2013.

- Defendant's reply is due August 30, 2013.

IT IS SO ORDERED.

July 9, 2013
Dated: ~~June ____, 2013~~

_____
Hon. Susan Illston
District Court Judge