**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD R. JACKSON, | No. C 08-05207 SI |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BEN CURRY, WARDEN, *et al.*, | |
| Defendants. | |

The Court has granted summary judgment in favor of defendants on all claims. Judgment is hereby entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: September 25, 2013

SUSAN ILLSTON
United States District Judge